Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiff was sustained.

**No. 63812.**—Fred B. Cooper Co., Inc., and Hudson Shipping Co., Inc., et al. *v.* United States, protests 58/16628, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that an allowance was made for gelatinous substance on certain canned hams and similar pork products equal to 8 or 10 percent of the contents of the tins, whereas there should have been an allowance of 12 percent. In accordance with stipulation of counsel and following *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C.D. 358), the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the tins, less an allowance for gelatinous substance equal to 12 percent of the contents of each tin.

**No. 63813.**—Joseph H. Brown & Son *v.* United States, protests 329922–K and 58/11902 (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 63814.**—Joseph H. Brown & Son *v.* United States, protests 58/17933, 58/17934, and 58/17935 (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 63815.**—Marad Mfg. *v.* United States, protest 59/15515 (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

**No. 63816.**—Allied Packers Co., Ltd. *v.* United States, protest 59/17248 (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.